No. 1, Misc.  WILLIAMS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari granted.  *Bart. A. Riley* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney* and *Philip R. Monahan* for the United States.

No. 75.  EL RIO OILS (CANADA) LTD. *v.* PACIFIC COAST ASPHALT CO., INC. ET AL.  District Court of Appeal of California, Second Appellate District.  Certiorari denied. *Kenneth Dobson Miller* for petitioner.  *Don Petty* for the Pacific Coast Asphalt Co., Inc., respondent.

No. 159.  UNIVERSAL OIL PRODUCTS CO. *v.* CAMPBELL ET AL.  C. A. 7th Cir.  Certiorari denied.  *Ralph S. Harris, William W. Owens* and *Adam M. Byrd* for petitioner.  *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Harry Baum* for respondents.

No. 199.  JONES *v.* NEW YORK CENTRAL RAILROAD CO. ET AL.  C. A. 6th Cir.  Certiorari denied.  *Marvin C. Harrison* for petitioner.  *Parker Fulton* for respondents.

No. 233.  STEADMAN *v.* SOUTH CAROLINA.  Supreme Court of South Carolina.  Certiorari denied.  *C. T. Graydon* for petitioner.  *John M. Daniel,* Attorney General of South Carolina, *T. C. Callison* and *R. Hoke Robinson,* Assistant Attorneys General, for respondent.

No. 234.  KELLY, DOING BUSINESS AS KELLY DAIRIES, *v.* UNITED STATES.  Court of Claims.  Certiorari denied. *Robert F. Klepinger* for petitioner.  *Solicitor General*